UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE J.W. ROBERTS, JR.,

             Plaintiff,

    v.

VILMA KHOUNPHIXAY,

             Defendant.

CASE NO. 2:18-cv-00746-MJP-BAT

**ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF**

Before the Court is Plaintiff's Motion for Miscellaneous Relief, to which he has attached a Declaration of Entry of Default. Dkt. 22. Defendants filed their Answer to Plaintiff's Complaint on July 24, 2018, but mistakenly sent notification of that filing within the CM/ECF system to Plaintiff at the Washington Corrections Center. Dkt. 19. On August 13, 2018, Defendants served Plaintiff with a copy of their Answer at the Franklin County Jail.

Accordingly, it is **ORDERED** that Plaintiff's motion for miscellaneous relief is **DENIED as moot.**

DATED this <u>14th</u> day of August, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING MOTION FOR
MISCELLANEOUS RELIEF - 1