UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE J.W. ROBERTS, JR., <br><br> Plaintiff, <br><br> v. <br><br> VILMA KHOUNPHIXAY, et al., <br><br> Defendants. | CASE NO. 2:18-cv-00746-MJP-BAT <br><br> **ORDER GRANTING PLAINTIFF'S JURY TRIAL DEMAND** |

Plaintiff Joe J.W. Roberts, Jr. has filed a "Motion for Jury Demand" pursuant to Fed. R. Civ. P. 38. Dkt. 26. The jury demand is **GRANTED**. A trial date and other pretrial deadlines will be established at a later date, pending the outcome of any motions for summary judgment.

The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this 12th day of September, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S JURY
TRIAL DEMAND - 1