UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE J.W. ROBERTS, JR.,<br><br>               Plaintiff,<br><br>    v.<br><br>VILMA KHOUNPHIXAY, et al.,<br><br>               Defendants. | CASE NO. C18-cv-00746-MJP-BAT<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE FULL NAME AND CURRENT SERVICE ADDRESS OF UNSERVED DEFENDANT** |

On May 24, 2018, the Court directed service of the summons and complaint upon all named Defendants (Vilma Khounphixay, J. Warner, J. Robison, Lynn (Nurse), Heather Helms, Lindsay McIntyre, and Officer Ayala). Dkt. 6. With the exception of "Lynn (Nurse)," all Defendants returned waivers of service, have answered Plaintiff's Complaint, and are defending this action. No waiver of service was returned for "Lynn (Nurse)." Because service has not yet been perfected, the Court lacks personal jurisdiction over Defendant Lynn (Nurse).

Plaintiffs proceeding *in forma pauperis* still bear the burden of providing accurate and sufficient information to effect service of the summons and complaint. When a *pro se* plaintiff fails to provide the court with accurate and sufficient information to effect service of the summons and complaint, the Court's *sua sponte* dismissal of the unserved defendant is appropriate. *Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (quoting *Puett v.*

ORDER DIRECTING PLAINTIFF TO
PROVIDE FULL NAME AND CURRENT
SERVICE ADDRESS OF UNSERVED
DEFENDANT - 1

1 *Blanford*, 912 F.2d 270, 275 (9th Cir. 1990)), *abrogated on other grounds by Sandin v. Connor*, 515 U.S. 472 (1995). Pursuant to Fed. R. Civ. P. 4(m), if a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Accordingly, the Court **ORDERS**:

Plaintiff is directed to provide the Court with a full name and current service address for Defendant Lynn (Nurse) so the Court can again attempt service by mail. This address must be provided to the Court on or before **October 17, 2018**. If plaintiff is unable to do so (for example, if the person does not exist), or if Plaintiff requires additional time to obtain the information, he should file documentation describing the steps he has taken to obtain Defendant Lynn (Nurse)'s full name and current address and explain why he is unable to comply with this Order. Plaintiff is cautioned that a failure to comply with this Order will result in the Court's recommendation that Defendant Lynn (Nurse) be dismissed from this case for failure to prosecute.

The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this 3rd day of October, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO
PROVIDE FULL NAME AND CURRENT
SERVICE ADDRESS OF UNSERVED
DEFENDANT - 2