UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE J.W. ROBERTS, JR.,

            Plaintiff,

v.

VILMA KHOUNPHIXAY, et al.,

            Defendants.

CASE NO. 2:18-cv-00746-MJP-BAT

**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION TO FILE RESPONSE TO MOTION FOR JUDGMENT ON PLEADINGS**

Before the Court is Plaintiff Joe J.W. Roberts, Jr.'s motion for a 20-day extension of his deadline to respond to Defendants' motion for judgment on the pleadings. Dkt. 38 (noted for October 19, 2018). Dkt. 33. Mr. Roberts states that he the needs the extension because he lacks adequate access to a law library and paper, and he needs additional discovery. *Id*.

Mr. Roberts' grounds for an extension are without merit. His filings are replete with citations to case law indicating that he does have access to an adequate law library. Although he complains of a lack of paper, Mr. Roberts has not been hindered in filing numerous motions and other filings. *See*, *e.g.*, Dkts. 22, 24, 32, 38, 40, and 41. Additionally, because Defendants' motion for judgment on the pleadings is governed by Fed. R. Civ. P. 12(c), which tests the sufficiency of the allegations in the complaint, additional discovery is not necessary at this time. Finally, the Court has stayed all discovery in this matter pending resolution of Defendants' motion for judgment on the pleadings. Dkt. 46.

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION TO FILE RESPONSE TO MOTION FOR JUDGMENT ON PLEADINGS
- 1

1     Moreover, on October 12, 2018, it appears Plaintiff filed a response to Defendants'
motion for judgment on the pleadings, thus mooting his request for an extension. *See* Dkt. 44
("Plaintiff's Motion Requesting Any Just Order Under Federal Rules Civil Procedure 56(f) and
Opposition to Defendants Judgment on the Pleadings"). In this motion, Mr. Roberts mentions he
has spoken to an attorney, Jeffrey Kallis, and he asks the Court to order defendants to mail all
prior discovery requests to this attorney for his review. However, as this attorney does not
represent Mr. Roberts in this case, no such order will issue. If Mr. Kallis wishes to represent Mr.
Roberts, he must enter his appearance in the case and he can then file motions and make requests
on Mr. Roberts' behalf.

    Accordingly, it is **ORDERED:**

(1)     Plaintiff's motion for continuance (Dkt. 38) is **DENIED**.

(2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this 22nd day of October, 2018.

*/s/ BT*

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge