1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7  JOE J.W. ROBERTS, JR.,

8                              Plaintiff,

9          v.

10  VILMA KHOUNPHIXAY, et al.,

11                              Defendants.

CASE NO. 2:18-cv-00746-MJP-BAT

**ORDER DENYING MOTION FOR ASSISTANCE AND REQUEST FOR COUNSEL**

12        Before the Court is Plaintiff Joe J.W. Roberts, Jr.'s "Motion/Request for Assistance from

13  Court re: Lack of Resources to Draft Motions and Responses." Dkt. 55.  Plaintiff seeks

14  "intervention from the court" because he does not have enough paper to file motions or to

15  respond to defendants' motions and he asks for court appointed counsel. *Id.*, p. 3.

16        The Court previously denied Plaintiff's motion for court appointed counsel. Dkt. 31.

17  Plaintiff has again failed to demonstrate the existence of exceptional circumstances to support his

18  request for counsel. Plaintiff is capable of articulating his claims *pro se*, his claims are not

19  complex, and he has not demonstrated a likelihood of success on the merits. *See*, *e.g.*, *Wilborn v.*

20  *Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th

21  Cir. 1984); see 28 U.S.C. § 1915(e)(1). Although Plaintiff claims he is not given enough paper at

22  the Franklin County Jail, he continues to file numerous motions and he filed 80 pages of

23  materials with objections on November 8, 2018 (Dkt. 53-1) and a 29 page Amended Complaint

ORDER DENYING MOTION FOR
ASSISTANCE AND REQUEST FOR
COUNSEL - 1

1   with 24 pages of exhibits on November 5, 2018 (Dkt. 52).

2         Accordingly, it is **ORDERED:**

3         (1)     Plaintiff's motion for assistance and for counsel (Dkt. 55) is **DENIED**.

4         (2)     The Clerk shall also send a copy of this Order to Plaintiff and counsel for

5   Defendants.

6         DATED this 3rd day of December, 2018.

7

8                                _____

9                                  BRIAN A. TSUCHIDA
                                  Chief United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING MOTION FOR
ASSISTANCE AND REQUEST FOR
COUNSEL - 2