UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE JW ROBERTS, JR, <br><br> Plaintiff, <br><br> v. <br><br> KHOUNPHIXAY ET AL, <br><br> Defendant. | CASE NO. C18-746 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Noting that Plaintiff has obtained counsel, the Court seeks a status update from the parties, to be submitted no later than seven (7) days from the date of this Order. The update should include a description from Plaintiff regarding which of the pending motions he wishes to pursue.

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed May 14, 2019.

William M. McCool<br>
Clerk of Court

s/Rhonda Miller<br>
Deputy Clerk