HONORABLE JUDGE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOE J.W. ROBERTS, JR., <br><br> Plaintiff, <br><br> v. <br><br> VILMA KHOUNPHIXAY, et al., <br><br> Defendants. | NO. 2:18-cv-0746-MJP-BAT <br><br> MOTION AND JOINT STIPULATION TO MODIFY DEADLINES AND PROPOSED ORDER <br><br> NOTE ON MOTION CALENDAR: APRIL 10, 2020 |

## MOTION

The parties submit the following Motion and Joint Stipulation for an Order modifying the Deadlines in this Court's Order Setting Trial Date and Related Dates, Dkt. 108, to modify the deadline for initial expert disclosures from April 20, 2020 to June 19, 2020; to modify the dispositive motion deadline from July 20, 2020 to July 27, 2020, and to establish an expert rebuttal report deadline on July 20, 2020, in accordance with Fed. R. Civ. P. 16(b)(4).

### I.  JOINT STIPULATION

The parties jointly stipulate to modify deadlines in this Court's Order Setting Trial Date and Related Dates, Dkt. 108. This stipulation would set the deadline for initial expert disclosures from April 20, 2020 to **June 19, 2020**. This stipulation would establish an expert rebuttal report deadline on **July 20, 2020**. This stipulation would set the deadline to file and serve any dispositive motion from July 20, 2020 to **July 27, 2020**. This stipulation will not affect any other deadlines including the trial date, which is currently set for **November 16, 2020.**

MOTION & JOINT STIP TO MODIFY DEADLINES & PROP ORDER
NO. 2:18-cv-0746-MJP-BAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

The parties stipulate to modify these deadlines to allow time for Defendants' expert, Dr. Ryan Quirk, to complete his initial expert report in light of changed circumstances resulting from the world-wide coronavirus pandemic. Dr. Quirk is the manager of Psychiatric and Social Services for the King county jail. In that role he is considered essential staff and he continues to provide psychiatric services to patients incarcerated across two facilities (King County Correctional Facility and the Maleng Regional Justice Center). Psychiatric and Social Services is considered to be a part of the larger King County Public Health effort to respond effectively to COVID-19.

Due to a decrease in staffing levels, which has taken place at the same time patient needs have increased and become more complex, Dr. Quirk has been called on to work long hours, seven days a week in order to provide patient care and facility coverage. During this challenging time, a large part of his focus and energy has also been on responding to staff concerns and managing staff schedules (both in terms of responding to lower staff levels, ensuring necessary coverage for patient care, developing and implementing new processes, and communication efforts). Consequently, the impacts of the coronavirus pandemic have been profound on Psychiatric and Social Services. In addition, this modification will permit additional time for the Court to consider Defendants' pending Motion for a Rule 35 Independent Mental Examination, Dkt. 109, which Dr. Quirk believes would assist him in his role of providing expert testimony to help the jury to understand the evidence. Accordingly, given the current circumstances, there is

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MOTION & JOINT STIP TO MODIFY
DEADLINES & PROP ORDER
NO. 2:18-cv-0746-MJP-BAT

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

good cause for the proposed modifications to the current deadlines in this matter.

Law Office of Harry Williams
Law Office of Jennifer Horwitz, PLLC

By:    s/ *Harry Williams*
        Harry Williams, IV, WSBA #41020
        harry@harrywilliamslaw.com
        Jennifer Horwitz, WSBA #23695
        jennifer@jenniferhorwitzlaw.com
        Attorneys for Plaintiff

DATED this 10th day of April 2020.


ROBERT W. FERGUSON
Attorney General

By:    s/ *Aaron Williams*
        Aaron Williams, WSBA #46044
        Aaron.Williams@atg.wa.gov
        Attorney for Defendants

DATED this 10th day of April, 2020.

MOTION & JOINT STIP TO MODIFY
DEADLINES & PROP ORDER
NO. 2:18-cv-0746-MJP-BAT

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

**ORDER**

Based on the stipulation of the parties, the Court **ORDERS:**

1. The stipulation of the parties is **GRANTED**;

2. The deadline for initial expert disclosures is moved to **June 19, 2020**;

3. The deadline for expert rebuttal reports is **July 20, 2020;**

4. The deadline to file and serve any dispositive motion is moved to **July 27, 2020**; and

5. The Clerk shall send copies of this Order to counsel for all parties.

IT IS SO ORDERED this 15th day of April 2020.

_____
Marsha J. Pechman
Senior United States District Judge

Presented By:

Law Office of Harry Williams
Law Office of Jennifer Horwitz, PLLC

By:    s/ *Harry Williams*_____
       Harry Williams, IV, WSBA #41020
       harry@harrywilliamslaw.com
       Jennifer Horwitz, WSBA #23695
       jennifer@jenniferhorwitzlaw.com
       Attorneys for Plaintiff

DATED this 10th day of April 2020.

ROBERT W. FERGUSON
Attorney General

By:    s/ *Aaron Williams*_____
       Aaron Williams, WSBA #46044
       Aaron.Williams@atg.wa.gov
       Attorney for Defendants

DATED this 10th day of April, 2020.

MOTION & JOINT STIP TO MODIFY
DEADLINES & PROP ORDER
NO. 2:18-cv-0746-MJP-BAT

4

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445