UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE JW ROBERTS, JR., <br><br> Plaintiff, <br><br> v. <br><br> VILMA KHOUNPHIXAY, et al., <br><br> Defendants. | CASE NO. C18-746 MJP <br><br> ORDER GRANTING MOTION FOR INDEPENDENT MENTAL EXAMINATION |

This matter comes before the Court on Defendants' Rule 35 Motion for an Independent Mental Examination.  (Dkt. No. 109.)  Having read the Motion, the Response (Dkt. No. 113), the Reply (Dkt. No. 116), and having reviewed all related papers, the Court GRANTS Defendants' Motion.

Federal Rule 35(a)(1) provides that the Court "may order a party whose mental or physical condition . . . is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner." In <u>Schlagenhauf v. Holder</u>, the U.S. Supreme Court held that, where the opposing party places the condition of the person to be examined in controversy,