The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOE J.W. ROBERTS JR, | ) | No.  C18-746 MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER SEALING DOCUMENT PENDING |
| v. | ) | REVIEW |
| | ) | |
| VILMA KHOUNPHIXAY, et al., | ) | |
| | ) | Noted on Motion Calendar: |
| Defendants. | ) | July 28, 2020 |
| | ) | |

The Court finds Roberts has raised significant issues of privacy under Washington and federal law, and Roberts further shows that, absent an order to seal, his interests will suffer irreparable harm if the Court determines that the documents should be sealed.  The Court attempted to Contact Defendants to determine if they would oppose the Motion but received an out of office reply.  The Court therefore ORDERS that Dkt. 130-1 shall be placed under seal until the Court rules on Roberts' Motion to Seal (Dkt. 126).

Order Granting Emergency Motion to Seal – Page 1
Roberts v. Khounphixay, CR 18-746

Harry Williams Law
PO Box 22438
Seattle, Wa 98122
206.451.7105

1
2                                                          _____
3                                                          Marsha J. Pechman
                                                           United States Senior District Judge
4
5   Presented by
6   LAW OFFICE OF HARRY WILLIAMS LLC.
7   By  s/ Harry Williams IV
8
9   Harry Williams IV, WSBA #41020

10  harry@harrywilliamslaw.com.

11  P.O. Box 22438

12  Seattle, WA 981o2

13  Telephone: 206.451.7195

14

15  Attorney for Plaintiff

16
17
18
19
20
21
22
23
24

Order Granting Emergency Motion to Seal – Page 2                    Harry Williams Law
Roberts v. Khounphixay, CR 18-746                                      PO Box 22438
                                                                     Seattle, Wa 98122
                                                                      206.451.7105