UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE J.W. ROBERTS JR., | CASE NO. C18-746 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| VILMA KHOUNPHIXAY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

THIS MATTER has been referred to the Honorable Magistrate Judge Theresa Fricke for settlement purposes.

The clerk is ordered to provide copies of this order to all counsel.

Filed April 13, 2021.

William M. McCool
Clerk of Court

s/GRANT COGSWELL
Deputy Clerk

MINUTE ORDER - 1